**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-8127**

LAWRENCE MICHAEL HARRISON, SR.,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee,

and

UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL
BUREAU OF INVESTIGATION; INTERNAL REVENUE
SERVICE; FEDERAL BUREAU OF PRISONS,

Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge. (CR-99-513-BR)

Submitted:  April 18, 2002        Decided:  April 25, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Michael Harrison, Sr., Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

--------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Michael Harrison, Sr., appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion.  We have reviewed the record and the district court's order and find no reversible error.  Accordingly, we affirm.  See United States v. Harrison, No. CR-99-513-BR (E.D.N.C. Nov. 28, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED